# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES V. CHAPMAN AND WANDA
D. CHAPMAN

VERSUS

DIGGS TRANSPORTATION, LLC,
ET AL.

NO.   2025 CW 0264

**JANUARY 23, 2026**

---

In Re:   4th Sector Solutions, Inc., applying for Rehearing and
En Banc Review, 19th Judicial District Court, Parish of
East Baton Rouge, No. 685723.

---

**BEFORE:   THERIOT, HESTER, AND EDWARDS, JJ.**

**APPLICATION FOR REHEARING AND EN BANC REVIEW DENIED.**

**MRT**
**CHH**
**BDE**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT